## HALL v. GEYER.

### July 6, 1838.

*Rule to show cause why the attachment of execution should not be set aside.*

An attachment of execution is rightly issued on a judgment on a *scire facias post an. et. di.* although the original judgment is prior to the act of 16th June, 1836, relating to executions.

THE defendant obtained this rule to show cause.   The plaintiff had obtained judgment prior to the taking effect of the act of 16th June, 1836, relating to executions, (*Stroud's Purd. tit. Executions.*)   After the act went into operation, he issued a *scire facias post ann. et. di.* to revive the judgment, and obtained judgment on the *scire facias.*   He then issued an attachment of execution.

THE COURT held that the provisions of the act referred to, extended to cases where there was judgment on a *scire facias* to revive *after*, although the original judgment was obtained *prior* to the date when the act took effect.   See Henry *v.* Sims, 1 *Whart. R.* 198.

Rule discharged.